UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT DAVID ZAWATSKY,

    Plaintiff,

v.                                                      Case No: 6:13-cv-1976-Orl-18DAB

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

THIS CAUSE comes for consideration on Plaintiff Robert David Zawatsky's appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner"), which the Court referred to United States Magistrate Judge David A. Baker for a report and recommendation. Zawatsky filed no objections to Judge Baker's Report and Recommendation (Doc. 24). Having reviewed the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge David A. Baker's Report and Recommendation (Doc. 24) is **APPROVED** and **ADOPTED**.
2. The Commissioner's final decision is **AFFIRMED**.
3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE and ORDERED** in Orlando, Florida on this ___14___ day of January, 2015.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record